# MEMORANDUM OPINION

No. 04-08-00347-CR

**IN RE** Felix **HERRERA**, Jr.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and filed: June 18, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

On May 20, 2008, relator filed a petition for writ of mandamus asking this court to order respondent to conduct a hearing on his April 18, 2008 Sworn Notarized Motion to Quash Indictments-Enhancement Count. This court has determined that relator is not entitled to the relief sought. Therefore, the petition is DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause Nos. 2008-CR-1192 and 2008-CR-1193, styled *State of Texas v. Felix Herrera, Jr.*, filed in the 226th Judicial District Court, Bexar County, Texas.